UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


Karen Johnson,                                     )
                                                   )
                                                   )
                    Plaintiff,                     )
                                                   )
          v.                                       )          **JUDGMENT**
                                                   )
Household Life Insurance Company,                  )          No. 5:11-CV-301-BR
                                                   )
                    Defendant.                     )
                                                   )


**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for the consideration of
the defendant's motion for judicial notice and motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** that Household's request for judicial notice
(DE # 15) and its motion for summary judgment (DE # 18) are GRANTED. The Clerk is directed
to enter judgment in favor of Household and close the case.



**This judgment filed and entered on October 26, 2012, and served on:**

Laura E. Conner (via CM/ECF Notice of Electronic Filing)
Robert Marion Tatum (via CM/ECF Notice of Electronic Filing)
Rebecca Kinlein Lindahl  (via CM/ECF Notice of Electronic Filing)
Richard L. Farley  (via CM/ECF Notice of Electronic Filing)



October 26, 2012                              /s/ Julie A. Richards,
                                                 Clerk of Court